Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of artificial flowers the same in all material respects as those the subject of Abstract 61346, the claim of the plaintiff was sustained.

No. 62998.—M. Pressner & Co. et al. v. United States, protests 58/3590, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of shell water flowers the same in all material respects as those the subject of Abstract 61346, except that the merchandise herein is in chief value of shell, the merchandise was held dutiable, as claimed, at the applicable rates in effect on the respective dates of importation under the pertinent trade agreements.

No. 62999.—Trade Distributors, Inc., and Langfelder, Homma & Carroll, Inc. v. United States, protests 58/6837 and 58/7137 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of shell water flowers the same in all material respects as those the subject of Abstract 61346, except that the merchandise herein is in chief value of shell, the claim of the plaintiffs was sustained.

No. 63000.—Bruno Scheidt, Inc. v. United States, protest 236254–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of sprats in oil, packed in tins, similar in all material respects to those the subject of *Arnold Sorensin Co., Inc., et al.* v. *United States* (38 Cust. Ct. 199, C.D. 1862), the claim of the plaintiff was sustained.

No. 63001.—Commodore Mfg. Corp. and Excel Shipping Corp. v. United States, protest 327638–K (New York).

Opinion by WILSON, J. The protest was dismissed.